IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMBROSIO SALAZAR JR., | ) | 4:11CV3207 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NORFOLK REGIONAL CENTER, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Defendants' Motion to Continue Progression Dates. (Filing No. 76.) The Final Pretrial Conference in this matter, scheduled for February 7, 2013, is canceled. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Continue Progression Dates (filing no. 76) is granted.

2. The Clerk of the Court is directed to cancel the Final Pretrial Conference in this matter that is currently scheduled for February 7, 2013. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

DATED this 14th day of January, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge